# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| GULFPORT ENERGY CORPORATION,<br><br>                        Plaintiff,<br><br>    v.<br><br>SHUGERT FAMILY INVESTMENTS, LLC,<br><br>                        Defendant. | Case No. 2:20-cv-02469<br><br>Judge Michael H. Watson<br><br>Magistrate Judge Kimberly A. Jolson |

## GULFPORT ENERGY CORPORATION'S NOTICE OF FILING EXHIBITS TO PETITION TO CONFIRM ARBITRATION AWARD

Plaintiff Gulfport Energy Corporation ("Gulfport") hereby gives notice of filing Exhibits A-E to Gulfport's Petition to Confirm Arbitration Award (ECF No. 1) which were inadvertently omitted from the aforementioned filing.

Dated: May 15, 2020

Respectfully submitted,

*/s/ Daniel T. Donovan, P.C.*
Daniel T. Donovan, P.C. (0067833)
Ragan Naresh (*pro hac vice* forthcoming)
Holly Trogdon (*pro hac vice* forthcoming)
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue, N.W.
Washington, DC 20004
Tel: (202) 389-5000
Fax: (202) 389-5200
daniel.donovan@kirkland.com
ragan.naresh@kirkland.com
holly.trogdon@kirkland.com

*Counsel for Gulfport Energy Corporation*