## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| **GULFPORT ENERGY CORPORATION,** | |
| **Plaintiff,** | **Case No. 2:20-cv-02469** |
| **v.** | **Judge Michael H. Watson** |
| **SHUGERT FAMILY INVESTMENTS, LLC,** | **Magistrate Judge Kimberly A. Jolson** |
| **Defendant.** | |

## ORDER GRANTING GULFPORT'S MOTION FOR SUMMARY JUDGMENT AND CONFIRMING THE MAY 10, 2020 FINAL ARBITRATION AWARD

Plaintiff Gulfport Energy Corporation ("Gulfport") moved for summary judgment, ECF No. 11, on its petition to confirm the May 10, 2020 final arbitration award, ECF No. 1, which incorporated previous orders and interim awards, Ex. A-1 to A-5, ECF No. 3.

Defendant Shugert Family Investments, LLC ("the Shugerts") answered Gulfport's petition and denied that Gulfport was entitled to public confirmation of the final arbitration award because the Shugerts had not at that time consented to removing the confidentiality designations from Exhibits A-3 and A-4 of the arbitration award, ECF No. 9 at PAGEID ## 110 & 113 ¶¶ 5, 65, but did not object to the public confirmation of Exhibits A-1, A-2, or A-5.

Gulfport and the Shugerts thereafter met and conferred on August 21, 2020, and the Shugerts agreed on August 28, 2020, to both waive any confidentiality protection of Exhibits A-3 and A-4 of the arbitration award and consent to confirmation of the May 10, 2020 final arbitration award.

Accordingly:

1. Gulfport's motion for summary judgment is **GRANTED**, and Gulfport's May 10, 2020, final arbitration award, incorporating previous orders and interim awards, Ex. A-1 to A-5 is therefore **CONFIRMED**.

2. Each party shall bear its own costs and attorney's fees.

3. The August 26, 2020, Scheduling Order, ECF No. 13, is **VACATED**.  The Clerk shall enter judgment for Plaintiff and **TERMINATE** this case.

MICHAEL H. WATSON, JUDGE
UNITED STATES DISTRICT COURT